**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

JOHN FABING, individually and as
personal representative/trustee for the
Estate of Lillian Mae Koch (deceased),

       Plaintiff,

v.                                 Case No.  2:07-cv-709-FtM-34SPC

WILLIAM C. MCIVER, Circuit Judge,

       Defendant.
_____/

**O R D E R**[1]

    **THIS CAUSE** is before the Court on the Report and Recommendation (Doc. No. 7;

Report), entered by the Honorable Sheri Polster Chappell, United States Magistrate Judge,

on November 13, 2007.  In the Report, Magistrate Judge Chappell recommended that the

Court deny Plaintiff's Motion to Proceed In Forma Pauperis[2] (Doc. No. 2).  See Report at 3,

8.  Magistrate Judge Chappell further recommended that the Court dismiss this case based

on a determination that Plaintiff's claim is frivolous under 28 U.S.C. §1915(e)(2), because

he "seeks monetary relief against a defendant who is immune from such relief."  See id. at

3 (citing 28 U.S.C. §1915(e)(2)(B)(iii)).  On November 27, 2007, Plaintiff filed objections to

the Report.  See Motion/Objections (Doc. No. 9; Objections).

---

[1]    This is a "written opinion" under § 205(a)(5) of the E-Government Act and therefore is available electronically.  However, it has been entered only to decide the motions addressed herein and is not intended for official publication or to serve as precedent.

[2]    On October 31, 2007, Plaintiff filed an Affidavit of Indigency, which the Court construed as a Motion to Proceed In Forma Pauperis.  See Report at 1.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b).  If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings.  See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions de novo.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).  Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will overrule the Objections and accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.

Accordingly, it is hereby **ORDERED:**

1.      Plaintiff's Motion/Objections (Doc. No. 9) are **OVERRULED**.

2.      The Report and Recommendation (Doc. No. 7) of Magistrate Judge Chappell is **ACCEPTED**.

3.      Plaintiff's Affidavit of Indigency (Doc. No. 2), which the Court construes as a Motion to Proceed In Forma Pauperis, is **DENIED**.

4.      This case is **DISMISSED WITH PREJUDICE**.

5.      The Clerk of the Court shall close the case and terminate any remaining deadlines or pending motions as moot.

**DONE AND ORDERED** at Fort Myers, Florida this 11th day of June, 2008.

**MARCIA MORALES HOWARD**
United States District Judge

lc5
Copies to:
Counsel of Record
Pro Se Plaintiff